**Brian L. Larsen, Esq. (SBN 158252)**
**Thuy M. Le, Esq. (SBN 265000)**
**LAW OFFICES OF BRIAN L. LARSEN**
530 Jackson Street, 2nd Floor
San Francisco, CA 94133
(415) 398-5000

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.N., a minor by and through his guardian ad litem LEONOR VALENCIA, M.N., a minor, by and through her guardian ad litem LEONOR VALENCIA,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BRUCE MARTIN HEROLD, USF REDDAWAY, INC., and DOES 1 TO 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 2:18-cv-00302-MCE-EFB<br><br>**ORDER GRANTING PETITIONER LEONOR VALENCIA AND COUNSEL THUY M. LE'S WAIVER OF PERSONAL APPEARING AT THE HEARING FOR PETITION FOR ORDER AUTHORIZING COMPROMISE OF MINOR'S CLAIM AND FOR ATTORNEY FEES**<br><br>**Date:** September 17, 2020<br>**Time:** 2:00 p.m.<br>**Courtroom:** 7<br>**Judge:** Hon. Morrison C. England, Jr. |

　　　Petitioner and Guardian ad Litem for Plaintiff M.N. (Marissa Navarrete, a minor), Leonor Valencia, and Plaintiff's counsel, Thuy M. Le's, waiver of their right to personally appear at the September 17, 2020 hearing for the Petition for Order Authorizing Compromise of Minor's Claim and for Attorney Fees is hereby approved and GRANTED.

1

IT IS FURTHER ORDERED that Ms. Valencia and Ms. Le may appear at the Petition hearing by Zoom videoconference.

IT IS SO ORDERED.

Dated: September 3, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2

Order Granting Leonor Valencia's Waiver of Personal Appearance at the Hearing for Petition for Order Authorizing Compromise of Minor's Claim and Attorneys' Fees