1  **Brian L. Larsen, Esq. (SBN 158252)**
2  **Thuy M. Le, Esq. (SBN 265000)**
   **LAW OFFICES OF BRIAN L. LARSEN**
3  530 Jackson Street, 2nd Floor
   San Francisco, CA 94133
4  (415) 398-5000

5  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.N., a minor by and through his guardian ad litem LEONOR VALENCIA, M.N., a minor, by and through her guardian ad litem LEONOR VALENCIA, | **Case No.: 2:18-cv-00302-MCE-JDP** |
| Plaintiffs, | **STIPULATION FOR DISMISSAL; and ORDER** |
| v. | |
| Plaintiff(s), | |
| BRUCE MARTIN HEROLD, USF REDDAWAY, INC., and DOES 1 TO 10, inclusive, | |
| Defendants. | |
| Defendant(s). | |

TO THE HONORABLE JEREMY D. PETERSON, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

Pursuant to the terms of a written stipulation for compromise settlement and release of claims, plaintiff J.N. acknowledges the receipt of the settlement funds of plaintiff J.N. in the amount of $60,000.

1  Pursuant to the terms of a written stipulation for compromise settlement and release of claims and the order approving a minor's compromise issued by this court on October 2, 2020, plaintiff M.N. acknowledges the receipt of the settlement funds of plaintiff M.N. in the amount of $60,000 ($45,000 has been set up by a structured settlement and $15,000 for attorney fees).

Based on the above, the parties by and through their respective counsel, hereby stipulate that this entire action be dismissed with prejudice.

IT IS SO STIPULATED

Dated: _____10/12/20_____            _____/s/ Thuy Le_____
                                      THUY M. LE
                                      Attorney for Plaintiffs J.N. and M.N.

Dated: _____10/12/20_____            _____/s/ Raymond A. Greene_____
                                      RAYMOND A. GREENE
                                      Attorney for Defendant USF Reddaway, Inc.

Stipulation for Dismissal; and Order

**ORDER**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

*Dated:  October 16, 2020*

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE